IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ASHLEY BROGDON**                                                          **PLAINTIFF**

v.                             CASE NO. 3:23-CV-00032-BSM

**RC LENNOX, Individually and in his
Official Capacity; as an Ash Flat Police
Officer**                                                           **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE